Phil Deschamps
Marinship Way Testa Street
Mailing Address:
150, Harbor Drive, Sausalito, CA 94965-9999, General Delivery, Sausalito Post Office
415-425-7996

RECEIVED

MAR -9 P 3:12

CLERK, US DISTRICT COURT
NO. DIST. OF CA.

UNITED STATES DISTRICT COURT

DISTRICT OF NORTHERN CALIFORNIA

PHIL DESCHAMPS

       Plaintiff,

vs.

SAUSALITO ET AL,

       Defendant

Case No.: **3:22-cv-00928-VC**

INDEX OF EXHIBITS IN SUPPORT OF FIRST AMENDED COMPLAINT AND APPLICATION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

I hereby submit the following index of exhibit s

| Exhibit | Description |
| --- | --- |
| | *Declaration of Phil Deschamps* |
| A | Picture of my cats, their food pantry, and their litter box. |
| B | Pictures of My Residence |
| C | Picture of my solar array |
| D | Pictures of camps that take up as much or more space than Phil Deschamp's |
| E | State of Emergency Order |

INDEX OF EXHIBITS IN SUPPORT OF FIRST AMENDED COMPLAINT AND APPLICATION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION - 1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

INDEX OF EXHIBITS IN SUPPORT OF FIRST AMENDED COMPLAINT AND APPLICATION FOR
TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION - 2



INDEX OF EXHIBITS IN SUPPORT OF FIRST AMENDED COMPLAINT AND APPLICATION FOR
TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION - 3

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28



INDEX OF EXHIBITS IN SUPPORT OF FIRST AMENDED COMPLAINT AND APPLICATION FOR
TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION - 4

I had a litter box that they threw out. I had to use this tin as a litter box.

INDEX OF EXHIBITS IN SUPPORT OF FIRST AMENDED COMPLAINT AND APPLICATION FOR
TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION - 5



INDEX OF EXHIBITS IN SUPPORT OF FIRST AMENDED COMPLAINT AND APPLICATION FOR
TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION - 7

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28



INDEX OF EXHIBITS IN SUPPORT OF FIRST AMENDED COMPLAINT AND APPLICATION FOR
TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION - 8



EXHIBIT B

INDEX OF EXHIBITS IN SUPPORT OF FIRST AMENDED COMPLAINT AND APPLICATION FOR
TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION - 9



INDEX OF EXHIBITS IN SUPPORT OF FIRST AMENDED COMPLAINT AND APPLICATION FOR
TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION - 10



INDEX OF EXHIBITS IN SUPPORT OF FIRST AMENDED COMPLAINT AND APPLICATION FOR
TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION - 11

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15



16  Campsite B1

17
18
19
20
21
22
23
24
25
26
27

28  INDEX OF EXHIBITS IN SUPPORT OF FIRST AMENDED COMPLAINT AND APPLICATION FOR
TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION - 12



Campsite B2

Campsite D3



Ca

Campsite D4



INDEX OF EXHIBITS IN SUPPORT OF FIRST AMENDED COMPLAINT AND APPLICATION FOR
TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION - 15



Campsite D6

Campsite D7



Campsite D8



INDEX OF EXHIBITS IN SUPPORT OF FIRST AMENDED COMPLAINT AND APPLICATION FOR
TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION - 18





INDEX OF EXHIBITS IN SUPPORT OF FIRST AMENDED COMPLAINT AND APPLICATION FOR
TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION - 20





Campsite D9

INDEX OF EXHIBITS IN SUPPORT OF FIRST AMENDED COMPLAINT AND APPLICATION FOR
TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION - 22