UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES MCGANN,<br><br>             Plaintiff,<br><br>      v.<br><br>CITY OF SAUSALITO, et al.,<br><br>             Defendants. | Case No.  22-cv-02042-TSH<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Edward M. Chen for consideration of whether the case is related to *Deschamps v. City of Sausalito et al.*, 22-cv-00928-EMC.

**IT IS SO ORDERED.**

Dated: March 31, 2022

_____
THOMAS S. HIXSON
United States Magistrate Judge