1  Arthur Gaus SBN #289560
   Julianna Bramwell, SBN #339794
2  KAUFMAN DOLOWICH & VOLUCK, LLP
   425 California Street, Suite 2100
3  San Francisco, California 94104
   Telephone: (415) 926-7600
4  Facsimile: (415) 926-7601
   E-mail: agaus@kdvlaw.com
5          jbramwell@kdvlaw.com

6  MARY WAGNER, Cal. Bar No. 167214
   CITY ATTORNEY FOR CITY OF SAUSALITO
7  Sausalito City Hall 420 Litho Street Sausalito, CA 94965
   E-mail: mwagner@bwslaw.com
8
   Attorney for Defendants
9  CITY OF SAUSALITO, and LT. STACIE GREGORY

10

11                    UNITED STATES DISRICT COURT

12                  NORTHERN DISTRICT OF CALIFORNIA

13

14  PHILIP DESCHAMPS,

15              Plaintiff,                    CASE NO. 3:22-cv-00928-EMC

16        v.

17  CITY OF SAUSALITO, et al.,                **DEFENDANT'S NOTICE OF NON-
                                              OPPOSITION TO ITS MOTION TO
18              Defendants.                   DISMISS PURUSANT TO CCP RULE
                                              12(B)(1).**
19

20                                            Action Filed: February 15, 2022

21                                            Trial Date: None set.

22

23                                            Date: June 3, 2022
                                              Time:10:30 AM
24                                            Hon. Judge Edward Chen

25

26  **TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD**:

27        Plaintiff PHILIP DESCHAMPS failed to file an opposition to Defendant's Motion to Dismiss

28
                                      1.

1  Pursuant to C.C.P. Rule 12(b)(1), as required. Defendant filed its Motion to Dismiss on April 22,

2  2022. Plaintiff's opposition was due on May 6, 2022, pursuant to Local Rule 7-3. No opposition has

3  been filed.

4      As a result, Defendant requests that its Motion to Dismiss be granted as to all parties and all

5  claims.

6

7  Dated: May 13, 2022

8                           **KAUFMAN DOLOWICH & VOLUCK, LLP**

9

10                              */s/ Arthur S. Gaus*
                           _____

11                              ARTHUR S. GAUS
                              Attorney for Defendants
12                              CITY OF SAUSALITO and
                              LT. STACIE GREGORY

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**NOTICE OF NON-OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURUSANT TO CCP 12(B)(1)**