# OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
### Northern District of California

**CIVIL MINUTES**

**Date:** August 2, 2022      **Time:** 2:40 - 3:10      **Judge:** EDWARD M. CHEN
= 30 minutes

| **Case No.**: | 21-cv-01143-EMC | **Case Name:** Sausalito/Marin County Chapter CA Homeless |
|---|---|---|
| | 22-cv-00928-EMC | v. City of Sausalito (21-1143) |
| | 22-cv-01810-EMC | Philip Deschamps v. City of Sausalito (22-928) |
| | 22-cv-01809-EMC | Haley Allen v. City of Sausalito (22-1810) |
| | 22-cv-02098-EMC | Robbie Powelson v City of Sausalito (22-1809) |
| | 22-cv-01995-EMC | Jennifer Moffit v City of Sausalito (22-2098) |
| | 22-cv-02421-EMC | Arthur Bruce v City of Sausalito (22-1995) |
| | 22-cv-02441-EMC | Jeff Chase v City of Sausalito (22-2421) |
| | 22-cv-02727-EMC | Ryan Tuttle v Zapata et al. (22-2441) |
| | 22-cv-03113-EMC | Speary v. City of Sausalito (22-2727) |
| | 22-cv-03627-EMC | Barron v. City of Sausalito (22-3113) |
| | | Worthen v. City of Sausalito (22-3627) |

**Attorney for Plaintiff:** Anthony Prince
**Pro Se Plaintiff(s):** Robbie Powelson, Arthur Bruce, Haley Allen, Jeff Chase, Philip Deschamps
**Attorney for Defendant:** Alexander Merritt
**Attorney for Defendant (Pro Se cases):** Arthur Gaus
**Also Present:** Gregory Rubens- City Attorney.

**Deputy Clerk:** Vicky Ayala      **Court Reporter:** Raynee Mercado

### PROCEEDINGS

Status Conference – held.

### SUMMARY

Plaintiff Homeless Union and Defendant City of Sausalito are close to reaching a resolution of the case. The parties are still negotiating the settlement. City Council has approved but would like to review the final agreement. Defendant for Pro Se Cases indicated there may be common issues that may be briefed to determine if there may be some secondary resolution. Pro Se Plaintiff Deschamps is uncertain how the settlement of the Homeless Union will affect his case. Pro Se Plaintiff Bruce indicated he has heard positive settlement negotiations are being conducted and a short continuance would be beneficial to all parties involved. He also stated that the security company looking after the encampment was fired by City of Sausalito. Pro Se Plaintiff Powelson stated he will wait to see what happens with the settlement. Court ordered City of Sausalito not to dispose of Mr. Deschamps property for five days. Court set further case management conference for **8/23/2022, at 3:00 PM.**